■ R. WILBUR SMITH et al., Appellants, v. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before August 1, 1959 and are ready for argument at the September Term of this court, in which event the motion is denied. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BESTER, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN JOSEPH BATTLE, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

■ MORRIS MOROFSKY et al., on Behalf of Themselves and All Other Persons Certified and Registered Pursuant to Law to Practice Ophthalmic Dispensing in the State of New York Similarly Situated, Plaintiffs, v. UNIVERSITY OF THE STATE OF NEW YORK et al., Defendants and JACK SIVACK et al., on Behalf of Themselves and All Other Persons Similarly Situated, Intervenors.— Motion for a stay granted, if the plaintiffs-appellants perfect their appeal on or before August 20, 1959 and are ready for argument at the September Term of this court. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.